UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR ENVIRONMENTAL SCIENCE ACCURACY AND RELIABILITY**, *et al*., <br><br> **Plaintiffs**, <br><br> v. <br><br> **NATIONAL PARK SERVICE**, *et al*., <br><br> **Defendants**, <br><br> **THE CITY AND COUNTY OF SAN FRANCISCO**, <br><br> **Intervenor Defendant.** | **1:14-cv-02063 LJO MJS** <br><br> **ORDER GRANTING THE CITY AND COUNTY OF SAN FRANCISCO'S UNOPPOSED MOTION TO INTERVENE (DOC. 14)** |

    Before the Court for decision is the City and County of San Francisco's motion for leave to intervene as a defendant. Doc. 14. The motion is unopposed. *See* Doc. 38. Good cause having been shown, the Motion for Leave to Intervene is GRANTED on the condition that Intervenor coordinate with existing Defendants to avoid as much as possible repetitive arguments in filings before this Court.

    To ensure a clean record, the City and County of San Francisco are directed to file their lodged Proposed Answer, Doc. 14-1, as a separate docket entry.

IT IS SO ORDERED.

    Dated: __**January 16, 2015**__      ____/s/ Lawrence J. O'Neill____
                                                                              UNITED STATES DISTRICT JUDGE