IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>Defendant-Intervenor. | Case No. 14-cv-02063-LJO-MJS<br><br>ORDER APPROVING STIPULATION TO SUSPEND BRIEFING SCHEDULE<br><br>Hon. Lawrence J. O'Neill |

## ORDER

Having reviewed the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the briefing schedule for the pending Motions for Summary Judgment is suspended until the Court has ruled on the pending motion to supplement the administrative record. Once the Court has issued its order ruling on that pending motion, the parties shall meet and confer, and, within seven days of that order, submit their proposal or proposals for a schedule for further proceedings.

IT IS SO ORDERED.

Dated:  **August 26, 2015**                        **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE