## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL PARK SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> CITY & COUNTY OF SAN FRANCISCO, <br><br> Defendant-Intervenor. | Case No. 14-cv-02063-LJO-MJS <br><br> ORDER REVISING BRIEFING SCHEDULE <br><br> Hon. Lawrence J. O'Neill |

## ORDER

Having reviewed the parties' stipulation, and good cause appearing therefore, the schedule for the Motions for Summary Judgment to be filed and briefed by all parties shall be, and is hereby, revised as follows:

Plaintiffs' motion for summary judgment and opening brief     October 30, 2015

Federal Defendants combined cross-motion for summary Judgment, and opposition to Plaintiffs' motion for summary judgment     December 9, 2015

Intervenor's combined cross-motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment     December 23, 2015

Plaintiffs' combined opposition to                      January 22, 2016
Federal Defendants and Intervenors'
Summary judgment motions, and reply
in support of motion for summary judgment

Federal Defendants and                                  February 12, 2016
Intervenor's replies in support of
summary judgment cross-motions


IT IS SO ORDERED.

   Dated:   __**September 21, 2015**__          ____**/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE