# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY AND RELIABILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL PARK SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant-Intervenor. | CASE NO. 14-cv-02063-LJO-MJS <br><br> **ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF FEDERAL DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. Lawrence J. O'Neill <br><br> Hon. Michael J. Seng <br> U.S. Magistrate Judge |

The Court, having been fully advised, FINDS and ORDERS as follows:

1. Federal Defendants' Stipulation for Extension of Time is GRANTED;

2. Federal Defendants will file their Reply in Support of Federal Defendants' Cross Motion for Summary Judgment no later than March 30, 2016.

IT IS SO ORDERED.

Dated:  **March 15, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

No. 14-cv-02063-LJO-MJS