# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CENTER FOR ENVIRONMENTAL
SCIENCE ACCURACY AND RELIABILITY,
ET AL.,**

CASE NO: **1:14–CV–02063–LJO–MJS**

v.

**NATIONAL PARK SERVICE, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
   COURT'S ORDER FILED ON 8/29/2016**

**Marianne Matherly**
Clerk of Court

ENTERED:   **August 29, 2016**

by: _/s/  T. Lundstrom_____

Deputy Clerk