DENNIS J. HERRERA, Cal. Bar. No. 139669
City Attorney
Jonathan Knapp, Cal. Bar. No. 262830
Deputy City Attorney
Fox Plaza
1390 Market Street, Suite 418
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:      (415) 554-8793
E-Mail:          jonathan.knapp@sfgov.org

*Attorneys for Defendant-Intervenor*
*The City and County of San Francisco*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL PARK SERVICE, et al., <br><br> Defendants. <br><hr> THE CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant-Intervenor. | Case No. 1:14-cv-02063 LJO (MJS) <br><br> **STIPULATION FOR ORDER ENLARGING TIME FOR DEFENDANT-INTERVENOR CITY AND COUNTY OF SAN FRANCISCO TO FILE COST BILL AND MOTION FOR ATTORNEYS' FEES** <br><br> Judge:          Hon. Lawrence J. O'Neill <br><br>                    Hon. Michael J. Seng <br>                    U.S. Magistrate Judge |

STIPULATION & ORDER
CASE NO. 14-cv-02063

Pursuant to Local Rule 144(a), the parties to the judgment stipulate and seek an order of the Court enlarging the time for Defendant-Intervenor City and County of San Francisco ("City") to file its bill of costs and motion for attorneys' fees, until 30 days after any appeal in this case becomes final, or in the event that no appeal is filed, until 30 days after the deadline for filing an appeal in this case.

On August 29, 2016, the Court entered judgment in favor of the National Park Service ("NPS"), an agency of the U.S. Department of the Interior ("Interior"), and various NPS and Interior officials (collectively, "Federal Defendants") and the City.

Federal Rule of Civil Procedure 54(d)(2)(B)(i) provides that unless a court order mandates otherwise, a motion for attorneys' fees and related expenses must "be filed no later than 14 days after the entry of judgment." Local Rule 293(a) provides that "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than twenty-eight (28) days after entry of final judgment." Here, the deadline for the City's fee motion is September 26, 2016. Rule 54(d)(1) sets no deadline for the prevailing party to present a cost bill to the clerk.

Here, because Plaintiffs have not yet indicated whether they intend to appeal the judgment, the parties have stipulated and seek an order of the Court enlarging the City's time to file their cost bill and attorneys' fees motion to 30 days after final resolution of the appeal, or, in the event that Plaintiffs do not appeal the judgment, 30 days after the deadline to appeal the judgment has expired.

This enlargement would allow the Court to rule on all fee issues at the conclusion of the case, potentially including fees incurred on appeal, rather than in piecemeal fashion, and would thus promote judicial economy. Other courts have granted similar extensions. See, e.g., *Planned Parenthood of Cent. New Jersey v. Attorney General of State of New Jersey* (3d Cir. 2002) 297 F.3d 253, 258 (observing that "the District Court entered an order extending the time to file for attorneys' fees until 30 days after the conclusion of all appeals in the case."); *Perry v. Schwarzenegger*, N.D. Cal. No. 3:09-cv-02292-VRW, Order (Aug. 24, 2010) (Dkt. No. 744). Indeed, the Advisory Committee notes to the 1993 Amendments to Federal Rule of Civil Procedure 54 expressly provide that courts may permit claims for fees and costs to be filed after resolution of appeals.

STIPULATION & ORDER
CASE NO. 14-cv-02063

1

IT IS SO STIPULATED.

Dated:  September 15, 2016          By:  **/s/*Roger Marzulla*
                                    ROGER MARZULLA
                                    Attorney for Plaintiffs

Dated:  September 15, 2016          By:  **/s/*Coby Howell*
                                    COBY HOWELL
                                    Attorney for Federal Defendants

Dated:  September 15, 2016          By:  /s/*Jonathan Knapp*
                                    JONATHAN KNAPP
                                    Attorney for Defendant-Intervenor

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## ORDER

Pursuant to stipulation, it is hereby ordered that the City's deadline to submit a bill of costs and file a motion for attorneys' fees is enlarged to 30 days after final resolution of any appellate proceedings in this case, or, in the event that Plaintiffs do not appeal the judgment of this Court, then CCSF's deadline to submit a bill of costs and file a motion for attorneys' fees will be 30 days after the deadline for appealing the Court's judgment.

IT IS SO ORDERED.

Dated:  **September 19, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE